# Court of Appeals
# of the State of Georgia

ATLANTA,  August 29, 2018

*The Court of Appeals hereby passes the following order:*

## A19A0232.  SICAY-PERROW, KNIGHTEN & BOHAN, P.C. v. CARLA S. JOHNSON.

The plaintiff, Carla S. Johnson, obtained a default judgment against the defendant, Sicay-Perrow, Knighten & Bohan, P.C., and the trial court awarded $789,000 in liquidated damages.  The defendant subsequently sought to set aside the default judgment pursuant to OCGA § 9-11-60 (d).  The trial court denied the motion, and the defendant filed this appeal. We, however, lack jurisdiction.

An appeal from an order denying a motion to set aside a judgment under OCGA § 9-11-60 (d) must be made by application for discretionary review.  See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006).  The defendant's failure to file a discretionary application thus deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,  08/29/2018
        I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
        Witness my signature and the seal of said court hereto affixed the day and year last above written.


_____ , Clerk.